1 | Samuel R. Miller (SBN 66871)
srmiller@sidley.com
2 | Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
3 | 555 California Street, 20th Floor
San Francisco, California 94104
4 | Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400
5 |
T. Robert Scarborough (*Pro Hac Vice* To Be Submitted)
6 | tscarborough@sidley.com
SIDLEY AUSTIN LLP
7 | 1 South Dearborn
Chicago, Illinois 60604
8 | Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036
9 |
Attorneys For Defendant
10 | Beiersdorf, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PATRICIA TERRY, MARQUINITA TERRY, and TAANYKA TERRY, | ) ) ) | Case No. 11:05244 JCS |
|---|---|---|
| Plaintiffs, | ) ) | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1 REGARDING TIME TO ANSWER OR OTHERWISE RESPOND** |
| vs. | ) ) ) | |
| BEIERSDORF, INC., a Delaware Corporation and DOES 1-10, inclusive | ) ) ) | |
| Defendant | ) ) | |

WHEREAS Plaintiffs served the above-captioned lawsuit on Defendant Beiersdorf, Inc. ("Beiersdorf" or "Defendant") on November 3, 2011 (the "Complaint");

WHEREAS the time for Defendant to answer or otherwise respond to the Complaint is currently November 28, 2011;

WHEREAS Plaintiffs and Defendant have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which Defendant must answer or otherwise respond to the Complaint to January 11, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that Defendant will have until January 11, 2012 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED:**

| Dated:  November 18, 2011 | KIRTLAND & PACKARD LLP |
|---|---|
| | By: /s/ Behram V. Parekh |
| | BEHRAM V. PAREKH |
| | Attorneys for Plaintiffs |
| Dated:  November 18, 2011 | SIDLEY AUSTIN LLP |
| | By: /s/ Samuel R. Miller |
| | SAMUEL R. MILLER |
| | Attorneys for Beiersdorff |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this documents has been obtained from Behram V. Parekh and Samuel R. Miller.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __Nov. 22_____, 2011   _____
　　　　　　　　　　　　　　　　　　The Honorable
　　　　　　　　　　　　　　　　　　United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

**STIPULATION AND PROPOSED ORDER PURSUANT TO LOCAL RULE 6-1 REGARDING TIME TO ANSWER OR OTHERWISE RESPOND**

SF1 1681367v.1